IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

:     CRIMINAL ACTION

:

vs.      FILED:     :

:     NO. 06-CR-690-5

SEP 1 9 2013

VUTHA KAO      :

MICHAEL E. KUNZ, Clerk
.. Dep. Clerk

## ORDER

AND NOW, this 19th day of September, 2013, upon consideration of Defendant's Request for a Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c)(2) (ECF No. 435), it is hereby ORDERED that the Request is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

J. CURTIS JOYNER,     J.